**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **SHERRI McKOWEN,** ) | |
| ) | |
| **Plaintiff,** ) | **Case  No. CV11-4939 AJW** |
| ) | |
| **v.** ) | **J U D G M E N T** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |
|_____) | |

    **IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded to the Commissioner for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

April 27, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge