JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SHERRI McKOWEN,<br><br>       Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of the Social Security Administration,<br><br>       Defendant.<br>_____ | NO. CV 11-4939 AJW<br><br>**ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES PURSUANT<br>TO 28 U.S.C.   § 2412(d), AND<br>COSTS PURSUANT TO 28 U.S.C.<br>§ 1920** |

IT IS ORDERED that EAJA fees are awarded in the amount of four thousand dollars and no cents ($4,000.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

May 23, 2012

HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE